**Viviani Bros. LLC**    13886

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| Jennifer J Auge, 446 E. Rively Avenue, Collingdale, PA 19023 | | | | | ***-**-7708 | | |
| | | | | | Pay Period: 04/27/2024 - 05/03/2024 | | Pay Date: 05/03/2024 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| salary | | | 250.00 | 4,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -15.50 | -279.00 |
| Medicare Employee | -3.62 | -65.25 |
| PA - Withholding | -7.68 | -138.24 |
| PA - Unemployment Employee | -0.18 | -3.15 |
| | -26.98 | -485.64 |

| Net Pay | 223.02 | 4,014.36 |
|---|---|---|

Viviani Bros., 318 E Berkley Ave, Viviani Bros. LLC

Powered by Intuit Payroll

**Viviani Bros. LLC**    13886

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| Jennifer J Auge, 446 E. Rively Avenue, Collingdale, PA 19023 | | | | | ***-**-7708 | | |
| | | | | | Pay Period: 04/27/2024 - 05/03/2024 | | Pay Date: 05/03/2024 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| salary | | | 250.00 | 4,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -15.50 | -279.00 |
| Medicare Employee | -3.62 | -65.25 |
| PA - Withholding | -7.68 | -138.24 |
| PA - Unemployment Employee | -0.18 | -3.15 |
| | -26.98 | -485.64 |

| Net Pay | 223.02 | 4,014.36 |
|---|---|---|



May 9, 2024

To whom it may concern:

Let this letter serve as confirmation that Jeffer Auge of 448 E Riverly Avenue, Collingdale, PA 19023 is, and has been, actively employed with Viviani Bros. LLC since January 2023. I have attached a summary of her wages for 2023. She receives a salary of $250.00 gross per week for her part-time employment.

If you require additional information, please contact me directly at the number below.

Sincerely,

Christopher Viviani
484-988-0445

**318 E. Berkley Avenue | Clifton Heights, PA | 19018**
vivianibros@gmail.com