Viviani Bros.
318 E Berkley Ave

Jennifer J Auge
448 E. Rively Avenue
Collingdale, PA 19023

Direct Deposit

---

| Employee Pay Stub | | Check number: DD1689 | | | Pay Period: 06/08/2024 - 06/14/2024 | Pay Date: 06/14/2024 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| Jennifer J Auge, 448 E. Rively Avenue, Collingdale, PA 19023 | | | | | ***-**-7708 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| salary | | | 240.00 | 5,990.00 | Checking - *****5922 | 214.11 |
| **Taxes** | | | Current | YTD Amount | Memo | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | 0.00 | 0.00 | | |
| Social Security Employee | | | -14.88 | -371.38 | | |
| Medicare Employee | | | -3.48 | -86.86 | | |
| PA - Withholding | | | -7.37 | -184.01 | | |
| PA - Unemployment Employee | | | -0.16 | -4.19 | | |
| | | | -25.89 | -646.44 | | |
| **Net Pay** | | | 214.11 | 5,343.56 | | |

Viviani Bros., 318 E Berkley Ave, Viviani Bros. LLC                                    Powered by Intuit Payroll

Viviani Bros.
318 E Berkley Ave

Jennifer J Auge
448 E. Rively Avenue
Collingdale, PA 19023

Direct Deposit

| Employee Pay Stub | | Check number: DD1661 | | | Pay Period: 05/11/2024 - 05/17/2024 | Pay Date: 05/17/2024 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| Jennifer J Auge, 448 E. Rively Avenue, Collingdale, PA 19023 | | | | | ***-**-7708 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| salary | | | 250.00 | 5,000.00 | Checking - ****5922 | 223.03 |
| **Taxes** | | | Current | YTD Amount | Memo | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | 0.00 | 0.00 | | |
| Social Security Employee | | | -15.50 | -310.00 | | |
| Medicare Employee | | | -3.62 | -72.50 | | |
| PA - Withholding | | | -7.68 | -153.80 | | |
| PA - Unemployment Employee | | | -0.17 | -3.50 | | |
| | | | -26.97 | -539.80 | | |
| **Net Pay** | | | 223.03 | 4,460.40 | | |

Viviani Bros.
318 E Berkley Ave

Jennifer J Auge
448 E. Rively Avenue
Collingdale, PA 19023

Direct Deposit

| Employee Pay Stub | | Check number: | | | | Pay Period: 05/04/2024 - 05/10/2024 | Pay Date: 05/10/2024 |
|---|---|---|---|---|---|---|---|
| Employee | | | | | | SSN | |
| Jennifer J Auge, 448 E. Rively Avenue, Collingdale, PA 19023 | | | | | | ***-**-7706 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| salary | | | 250.00 | 4,750.00 | Checking - ******5922 | 223.01 |
| Taxes | | | Current | YTD Amount | Memo | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | 0.00 | 0.00 | | |
| Social Security Employee | | | -15.50 | -294.50 | | |
| Medicare Employee | | | -3.63 | -68.86 | | |
| PA - Withholding | | | -7.66 | -145.92 | | |
| PA - Unemployment Employee | | | -0.18 | -3.33 | | |
| | | | -26.99 | -512.63 | | |
| Net Pay | | | 223.01 | 4,237.37 | | |

**Viviani Bros. LLC** 13886

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Jennifer J Auge, 448 E. Rively Avenue, Collingdale, PA 19023 | | | | | ***-**-7708 |

Pay Period: 04/27/2024 - 05/03/2024    Pay Date: 05/03/2024

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| salary | | | 250.00 | 4,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -15.50 | -279.00 |
| Medicare Employee | -3.62 | -65.25 |
| PA - Withholding | -7.68 | -138.24 |
| PA - Unemployment Employee | -0.18 | -3.15 |
| | -26.98 | -485.64 |

| Net Pay | 223.02 | 4,014.36 |
|---|---|---|

Viviani Bros., 318 E Berkley Ave, Viviani Bros. LLC

Powered by **Intuit Payroll**

---

**Viviani Bros. LLC** 13886

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Jennifer J Auge, 448 E. Rively Avenue, Collingdale, PA 19023 | | | | | ***-**-7708 |

Pay Period: 04/27/2024 - 05/03/2024    Pay Date: 05/03/2024

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| salary | | | 250.00 | 4,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -15.50 | -279.00 |
| Medicare Employee | -3.62 | -65.25 |
| PA - Withholding | -7.68 | -138.24 |
| PA - Unemployment Employee | -0.18 | -3.15 |
| | -26.98 | -465.64 |

| Net Pay | 223.02 | 4,014.36 |
|---|---|---|

Viviani Bros., 318 E Berkley Ave, Viviani Bros. LLC

Powered by **Intuit Payroll**

9209    www.checksforless.com 800-245-5775    Order # 3970013-1

Viviani Bros.
318 E Berkley Ave

Jennifer J Auge
448 E. Rively Avenue
Collingdale, PA 19023

Direct Deposit

| Employee Pay Stub | | Check number: | | | | Pay Period: 04/13/2024 - 04/19/2024 | Pay Date: 04/19/2024 |
|---|---|---|---|---|---|---|---|
| Employee | | | | | | SSN | |
| Jennifer J Auge, 448 E. Rively Avenue, Collingdale, PA 19023 | | | | | | ***-**-7708 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| salary | | | 250.00 | 4,000.00 | Checking - *****5622 | 223.02 |
| Taxes | | | Current | YTD Amount | Memo | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | 0.00 | 0.00 | | |
| Social Security Employee | | | -15.50 | -248.00 | | |
| Medicare Employee | | | -3.62 | -58.00 | | |
| PA - Withholding | | | -7.66 | -122.88 | | |
| PA - Unemployment Employee | | | -0.18 | -2.80 | | |
| | | | -26.98 | -431.68 | | |
| Net Pay | | | 223.02 | 3,568.32 | | |

Viviani Bros., 318 E Berkley Ave, Viviani Bros. LLC                                        Powered by Intuit Payroll

Viviani Bros.
318 E Berkley Ave

Jennifer J Auge
448 E. Rively Avenue
Collingdale, PA 19023

Direct Deposit

| Employee Pay Stub | | Check number: | | | Pay Period: 03/23/2024 - 03/29/2024 | Pay Date: 03/29/2024 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| Jennifer J Auge, 448 E. Rively Avenue, Collingdale, PA 19023 | | | | | ***-**-7708 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| salary | | | 250.00 | 3,250.00 | Checking - *****0297 | 223.02 |
| **Taxes** | | | Current | YTD Amount | Memo | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | 0.00 | 0.00 | | |
| Social Security Employee | | | -15.50 | -201.50 | | |
| Medicare Employee | | | -3.63 | -47.13 | | |
| PA - Withholding | | | -7.68 | -99.84 | | |
| PA - Unemployment Employee | | | -0.17 | -2.27 | | |
| | | | -26.98 | -350.74 | | |
| Net Pay | | | 223.02 | 2,899.26 | | |