**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **JENNIFER AUGE** | : | Case No. 24-11323 (PMM) |
| **Debtor(s)** | : | |

# O R D E R

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing held in this matter on November 5, 2024,

It is hereby **ORDERED** that confirmation of Debtor's Chapter 13 Plan is **DENIED**.

**Date: 11/5/2024**

_____
**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**