United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 24-11323-pmm
Jennifer Auge | Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Feb 04, 2025  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2025:**

**Recip ID     Recipient Name and Address**
db          +  Jennifer Auge, 448 E. Rively Avenue, Collingdale, PA 19023-1017

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2025 at the address(es) listed below:

**Name**  **Email Address**

DENISE ELIZABETH CARLON
  on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
  ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
  on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

PAUL H. YOUNG
  on behalf of Debtor Jennifer Auge support@ymalaw.com
  ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Feb 04, 2025     Form ID: pdf900     Total Noticed: 1
TOTAL: 5

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   JENNIFER AUGE         :   CHAPTER 13

      Debtor                :   BANKRUPTCY NO. 24-11323

## ORDER

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,700.00**.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$2,500.00** which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Date: **February 4, 2025**

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE